IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERNEST D. STUBBLEFIELD )
)
v. ) NO. 3-12-0772
) JUDGE CAMPBELL
DARON HALL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 59), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion for Summary Judgment (Docket No. 37) filed by Defendants Hall, Hale, Kinnaman, Leibach and Corrections Corporation of America is GRANTED, and Plaintiff's claims against these Defendants are DISMISSED.

In addition, Plaintiff's claims against Defendant Waters are DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 4(m).

Any other pending Motions are denied as moot, and the Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                  _____
                                                                  TODD J. CAMPBELL
                                                                UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that both certified and regular mail to the Plaintiff has been returned as "undeliverable." Docket Nos. 61 and 62. The Plaintiff has an obligation to keep the Court advised of his current address.